**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AARON MICHAEL COSENTINO
SANDS,

      Plaintiff,

v.                                                                        Case No:   6:25-cv-1923-JSS-LHP

STOUT RISIUS ROSS, LLC and
HEALTHCARE APPRAISERS, LLC,

      Defendants

_____

**ORDER**
(And Direction to Clerk of Court)

    This cause comes before the Court following a Case Management Conference pursuant to the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program, held today.   Doc. Nos. 3, 10, 13.   As discussed with the parties at the Conference, it is **ORDERED** as follows:

    1.    Plaintiff's oral request to receive case notifications via email (Doc. No. 12) is **GRANTED**.   *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023).   The Clerk of Court is directed to add Plaintiff's email address,

aaronsands4242@gmail.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings.  The Court also notes Plaintiff's consent at today's hearing to service by email of all court documents from Defendant going forward.  *See* Fed. R. Civ. P. 5(b)(2)(E), (F).  Plaintiff must still file all documents with the Court via U.S. Mail or hand delivery.

2. Within **seven (7) days** of the date of this Order, the parties shall either file a fully executed Stipulated Consent to the IDEAL Program and Magistrate Judge Authority signed by all parties (unilateral consents should not be filed) or submit the standard Case Management Report.  *See* Doc. No. 3 ¶ 4.

**DONE** and **ORDERED** in Orlando, Florida on December 17, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties