## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AARON MICHAEL COSENTINO
SANDS,

      Plaintiff,

      v.

STOUT RISIUS ROSS, LLC,
HEALTHCARE APPRAISERS,
LLC,

      Defendants,

Case No.: 6:25-cv-01923-JSS-LHP

### ORDER

Before the Court is Plaintiff's Emergency Motion for Extension of Time to Answer 1st Set of Interrogatories and 1st Request for Production of Documents. Doc. No. 23. Defendants do not oppose. Doc. No. 25. On review, the motion is **GRANTED**. The deadline for Plaintiff to respond to Defendants' discovery as set forth in the motion (Doc. No. 23) is extended up to and including **April 24, 2026**.

**DONE** and **ORDERED** in Orlando, Florida on March 25, 2026.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

-1-

Copies furnished to:

Counsel of Record
Unrepresented Parties